IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSE WAYNE DIXON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 11-0641-WS-N |
| | ) | |
| HUEY HOSS MACK, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is ORDERED that the instant petition for writ of habeas corpus is DISMISSED without prejudice.

DONE this the 3rd day of February, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE